UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

ROBERTO ORTIZ-RODRIGUEZ

CASE NO. 8:22-cr-246-TPB-CPT

21 U.S.C. § 846

## INFORMATION

The United States Attorney charges:

### COUNT ONE

Beginning on an unknown date and continuing through on or about August 28, 2021, in the Middle District of Florida, and elsewhere, the defendant,

ROBERTO ORTIZ-RODRIGUEZ,

did knowingly and intentionally conspire with other persons, both known and unknown, to distribute and possess with intent to distribute a controlled substance, which violation involved five-hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, and is therefore punished under 21 U.S.C. § 841(b)(1)(B)(ii.

All in violation of 21 U.S.C. § 846.

## FORFEITURES

1. The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture under 21 U.S.C. § 853.

2. Upon conviction of the violations alleged in this Information, punishable by imprisonment for more than one year, the defendant,

ROBERTO ORTIZ-RODRIGUEZ,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853 any property constituting, and derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violations; and property used and intended to be used, in any manner or part, to commit, and to facilitate the commission of such violations.

3. The property to be forfeited includes, but is not limited, to approximately $108,000 in United States currency that constituted proceeds of the offense.

4. If any of the property described above, as a result of any act or omission of the defendants:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third party;

    c. Has been placed beyond the jurisdiction of the Court;

   d. Has been substantially diminished in value; or

   e. Has been comingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under 21 U.S.C. § 853(p).

    ROGER B. HANDBERG
    United States Attorney

By: _____
    Daniel M. Baeza
    Assistant United States Attorney

By: _____
    Joseph K. Ruddy
    Assistant United States Attorney
    Chief, Transnational Organized Crime Section